**Electronically Filed
Supreme Court
SCAP-14-0000873
17-NOV-2015
03:49 PM**

SCAP-14-0000873

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MAUNA KEA ANAINA HOU; CLARENCE KUKAUAKAHI CHING; FLORES-CASE ʻOHANA; DEBORAH J. WARD; PAUL K. NEVES; and KAHEA: THE HAWAIIAN ENVIRONMENTAL ALLIANCE, a domestic non-profit corporation, Appellants-Appellants,

vs.

BOARD OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI; DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI; SUZANNE CASE, in her official capacity as Chair of the Board of Land and Natural Resources and Director of the Department of Land and Natural Resources; and UNIVERSITY OF HAWAIʻI AT HILO, Appellees-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-14-0000873; CIV. NO. 13-1-0349)

ORDER GRANTING IN PART EMERGENCY MOTION FOR STAY UPON APPEAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Appellants' Emergency Motion for Stay Upon Appeal filed on November 16, 2015,

IT IS HEREBY ORDERED that this motion is granted in part. The Conservation District Use Permit HA-3568 is temporarily stayed until Wednesday, December 2, 2015, or until further order of the Court.

IT IS FURTHER ORDERED that any response to said motion shall be filed no later than 4:30 p.m. on Tuesday, November 24, 2015.

DATED:  Honolulu, Hawaiʻi, November 17, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson